Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
JESUSITA CHARLES

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| | |
|---|---|
| JESUSITA CHARLES, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | **(Unlawful Debt Collection Practices)** |
| NATIONAL ACTION FINANCIAL SERVICES, | |
| Defendant. | |

**VERIFIED COMPLAINT**

JESUSITA CHARLES (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against NATIONAL ACTION FINANCIAL SERVICES (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person residing in Woodland, Yolo County, California.

9. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

10. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

11. Defendant is a national company with its headquarters in Williamsville, New York.

## FACTUAL ALLEGATIONS

12. Defendant places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

13. Defendant has been placing collection calls to Plaintiff for nearly two months.

14. Defendant places multiple collection calls to Plaintiff weekly.

15. Defendant places collection calls to Plaintiff from: 877-829-7982.

16. Defendant places collection calls to Plaintiff at her place of employment.

17. Plaintiff informed Defendant that she cannot receive calls at work and to stop calling her on her work phone.

18. Despite this, Defendant continues to place collection calls to Plaintiff at her place of employment.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

19. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692c(a)(1) of the FDCPA by calling Plaintiff at her place of employment, a place known to be inconvenient to Plaintiff;

   b. Defendant violated §1692c(a)(3) by repeatedly contacting Plaintiff at her place of employment even though Defendant knew that Plaintiff's employer prohibits the consumer from receiving such communication;

   c. Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff;

   d. Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt by placing collection calls to Plaintiff at her place of employment.

WHEREFORE, Plaintiff, JESUSITA CHARLES, respectfully requests judgment be entered against Defendant, NATIONAL ACTION FINANCIAL SERVICES, for the following:

20. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

24. Defendant violated the RFDCPA based on the following:

   a. Defendant violated *§1788.11(d)* of the RFDCPA when Defendant placed collection calls to Plaintiff repeatedly and continuously so as to annoy Plaintiff.

   b. Defendant violated *§1788.11(e)* of the RFDCPA when Defendant placed collection calls to Plaintiff with such frequency as to be unreasonable and to constitute a harassment to Plaintiff under the circumstances.

   c. Defendant violated *§1788.17* of the RFDCPA when Defendant violated the following provisions of the Fair Debt Collection Practices Act (FDCPA), *15 U.S.C. § 1692 et seq.*:

WHEREFORE, Plaintiff, JESUSITA CHARLES, respectfully requests judgment be entered against Defendant, NATIONAL ACTION FINANCIAL SERVICES, for the following:

25. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

26. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

27. Any other relief that this Honorable Court deems appropriate.

1
2
3     **DEMAND FOR JURY TRIAL**
4     PLEASE TAKE NOTICE that Plaintiff, JESUSITA CHARLES, demands a jury trial in
5  this cause of action.
6                                             RESPECTFULLY SUBMITTED,
7    DATED:  October 15, 2010            KROHN & MOSS, LTD.
8
9                                        By: /s/ Nicholas J. Bontrager          _
10                                            Nicholas J. Bontrager
                                              Attorney for Plaintiff
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# VERIFICATION

STATE OF CALIFORNIA

Plaintiff, JESUSITA CHARLES, states as follows:

I have read the foregoing: **PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUESTS FOR ADMISSIONS, REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES** documents and know their contents.

I am a party to this action. The matters stated in the foregoing documents are true of my own knowledge except as to those matters which are stated on information and belief, and as those matters I believe them to be true.

Executed on September 23, 2010, at Woodland, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JESUSITA CHARLES