1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JESUSITA CHARLES,

11             Plaintiff,                    No. CIV S-10-2794 JAM EFB PS

12         vs.

13   NATIONAL ACTION FINANCIAL
     SERVICES,
14
             Defendant.                      FINDINGS AND RECOMMENDATIONS
15   _____/

16        This case, in which plaintiff is proceeding *pro se*, is before the undersigned pursuant to

17   Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1); Dckt. No. 16.

18   On August 23, 2011, the postal service returned documents directed to plaintiff as

19   "undeliverable, insufficient address."

20        A party appearing without counsel must keep the court and all parties apprised of her

21   current address.  L.R. 183(b).  If mail directed to a plaintiff is returned by the postal service and

22   plaintiff fails to notify the court and opposing parties within 63 days thereafter of her current

23   address, the court may dismiss the action without prejudice for failure to prosecute.  *Id*.  More

24   than 63 days have passed since the postal service returned the mail and plaintiff has not notified

25   the court of her current address.

26   ///

1    Accordingly, it is hereby RECOMMENDED that this action be dismissed.  *See* Fed. R.

2 Civ. P. 41(b); L.R. 110, 183(b).

3    These findings and recommendations are submitted to the United States District Judge

4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5 after being served with these findings and recommendations, plaintiff may file written objections

6 with the court.  Such a document should be captioned "Objections to Magistrate Judge's

7 Findings and Recommendations."  Failure to file objections within the specified time may waive

8 the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir.

9 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

10 DATED:  November 22, 2011.

11

12                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26