1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JESUSITA CHARLES,

11          Plaintiff,                    No. CIV S-10-2794 JAM EFB PS

12          vs.

13   NATIONAL ACTION FINANCIAL
     SERVICES,
14
            Defendant.                    <u>ORDER</u>
15   _____/

16          On November 23, 2011, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within fourteen days.  No objections were filed.[1]

19          Accordingly, the court presumes any findings of fact are correct.  <u>See</u> <u>Orland v.</u>

20   <u>United States</u>, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21   reviewed de novo.  <u>See</u> <u>Britt v. Simi Valley Unified Sch. Dist.</u>, 708 F.2d 452, 454 (9th Cir.

22   1983).

23   ////

24   _____

25          [1] Although it appears from the file that plaintiff's copy of the findings and recommendations
     was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court
     apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at
26   the record address of the party is fully effective.

1

1    The court has reviewed the applicable legal standards and, good cause appearing,

2  concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

3    Accordingly, IT IS ORDERED that:

4    1.  The proposed Findings and Recommendations filed November 23, 2011, are

5  ADOPTED; and

6    2.  This action is dismissed.  See Fed. R. Civ. P. 41(b); L.R. 110, 183(b).

7  DATED: January 17, 2012

8

9                                  /s/ John A. Mendez
                                   UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26